UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-HC-2075-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID ARLON SIMPSON | ORDER |

This matter is before the court on respondent's 10 February 2012 motion (DE # 40) to exclude the government from calling Mr. Eric Coor as a witness during respondent's civil commitment hearing, which is scheduled to take place on 15 February 2012. The government filed a response on 10 February 2012. Having fully considered the motion, it is ALLOWED IN PART. Mr. Corr is excluded from testifying during the government's case-in-chief. To the extent that the government seeks to offer Mr. Corr as a rebuttal witness, the court reserves ruling on this issue until the conclusion of respondent's case-in-chief.

This 13 February 2012.

_____
W. Earl Britt
Senior U.S. District Judge